UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWANNA L, | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 1:23-CV-00109-MSM-LDA |
| MARTIN O'MALLEY, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

ORDER

Mary S. McElroy, United States District Judge.

Magistrate Judge Lincoln D. Almond filed a Report and Recommendation ("R&R") on March 4, 2024, (ECF No. 22) recommending that the Court grant the plaintiff, Towanna L.'s, Motion for Attorney Fees in the amount of $4,4854.54, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). After having reviewed the relevant papers and relevant law, and having heard no objections, the Court ACCEPTS the R&R and adopts the recommendations and reasoning set forth therein.

Accordingly, the plaintiff's Motion for Attorney Fees (ECF No. 18) is GRANTED.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge
March 28, 2024